**RECEIVED**

SEP 13 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Mississippi

Case Number: 3:18-CV-00181-MPM-RP

Plaintiff:
**NATASHA BOYLAND**

vs.

Defendant:
**FIRST FRANKLIN, ET AL**

For:
NATASHA BOYLAND
4414 Wrenwood Dr
Horn Lake, MS 38637

Received by ORANGE COUNTY PROCESS MANAGEMENT on the 6th day of September, 2018 at 10:11 am to be served on **DEUTSCHE BANK NATIONAL TRUST COMPANY, 1761 E ST ANDREWS PLACE, SANTA ANA, CA 92705.**

I, BARBARA TUSTISON, do hereby affirm that on the **6th day of September, 2018 at 1:09 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and AMENDMENT COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF; ATTACHMENT** to: **SUZANNE PATTON** as **MANAGING AGENT** at the address of: **1761 E ST ANDREWS PLACE, SANTA ANA, CA 92705**, who stated they are authorized to accept service for **DEUTSCHE BANK NATIONAL TRUST COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

BARBARA TUSTISON
PSC 1501

**ORANGE COUNTY PROCESS MANAGEMENT
295 BROADWAY
COSTA MESA, CA 92627
(949) 678-7003**

Our Job Serial Number: OCP-2018000255

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-00181-MPM-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ruben Luben
was received by me on *(date)* Pat Edge

☒ I personally served the summons on the individual at *(place)* Amanda Beckett 428 N Lamar suite 107 Oxford MS on *(date)* 9-4-18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-4-18

Pat Edge
Server's signature

Pat Edge
Printed name and title

132 Cross creek Dr Oxford M
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-CV-00181-MPM-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Bank of America**
was received by me on *(date)* **09/4/18**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **Legal Dept / Donna Marks**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Bank of America**
on *(date)* **09/4/18** **(3:45 pm)**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **09/4/18**

Server's signature

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.