**RECEIVED**

SEP 21 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**
**District of Mississippi**

Case Number: 3:18-CV-00181-MPM-RP

Plaintiff:
**NATASHA BOYLAND**

vs.

Defendants:
**FIRST FRANKLIN, et al.**

Received by Wasatch Attorney Services to be served on **Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119.**

I, Charles J. Reardon, do hereby affirm that on the **11th day of September, 2018 at 3:48 pm**, I:

served a **BUSINESS ENTITY** by delivering a true copy of the **Summons in a Civil Action; Amended Complaint for Interpleader and Declaratory Relief** with the date and hour of service endorsed thereon by me, to: **Carmen Beruman as Authorized Party** for **Select Portfolio Servicing, Inc.**, at the address of: **3217 South Decker Lake Drive, Salt Lake City, UT 84119**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'7", Weight: 135, Hair: Black, Glasses: N

I certify that I am over the age of 21 and have no interest in the above action.
UCA 78B-5-705: I Declare under criminal penalty of the State of Utah that the foregoing is true and correct.

**Charles J. Reardon**
Process Server

**Wasatch Attorney Services**
**124 W. 1400 So.**
**Suite 207**
**Salt Lake City, UT 84115**
**(801) 953-1850**

Our Job Serial Number: WAI-2018003956

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n



MEMPHIS TN 380

20 SEP 2018 PM 4 L

Boyland
4414 Wrenwood Drive
Horn Lake, MS 38637

US District Court
Federal Building
911 Jackson Ave E
Oxford, MS 38655

38655-362294