## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Mississippi

Case Number: 318 CV 00181 MPM RP

Plaintiff:
**Boyland**

vs.

Defendant:
**First Franklin, et. al.**

For:
Natasha Boyland
4414 Wrenwood Dr
Horn Lake, MS 38637

Received by County Process Service, Inc. on the 10th day of September, 2018 at 12:07 pm to be served on **First Franklin, A Division Of National Bank Of Indiana, 2150 N 1st St #600, San Jose, CA 95131.**

I, Stefan Fahrner, do hereby affirm that on the **27th day of September, 2018 at 4:11 pm, I:**

I served the within, **Summons; Complaint; Amended Complaint**, on the listed individual in said action by hand delivering true copies thereof to the following ;

**First Franklin, A Division Of National Bank Of Indiana, 2150 N 1st St #600, San Jose, CA 95131,** by serving; **Vivian Hanson / authorized to accept**

**Description** of Person Served: Age: 55, Sex: f, Race/Skin Color: w, Height: 5-10, Weight: 170, Hair: blk, Glasses: n

Under penalty of perjury I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the State of California, County of Santa Clara.

Stefan Fahrner
PS1676

**County Process Service, Inc.**
**31 E. Julian Street**
**San Jose, CA 95112**
**(408) 297-6070**

Our Job Serial Number: COP-2018012234