**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NATASHA BOYLAND**                                                                          **PLAINTIFF**

**VS.**                                                                **CAUSE NO. 3:18-cv-00181-MPM-RP**

**FIRST FRANKLIN, A DIVISION OF
NATIONAL CITY BANK OF IN,
DEUTSCHE BANK NATIONAL
TRUST COMPANY, BANK OF AMERICA,
SELECT PORTFOLIO SERVICING, INC.**                                          **DEFENDANTS**

**BANK OF AMERICA, N.A. AND FIRST FRANKLIN'S RESPONSE TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE 2nd AMENDED COMPLAINT**

Defendants Bank of America, N.A. and First Franklin a Division of National City Bank

of Indiana do not object to Plaintiff's Motion for Leave to File 2nd Amended Complaint [Doc.

22].

Respectfully submitted this the 18th day of October, 2018.

*/s/ Maggie Kate Bobo*_____
Mary Clay W. Morgan (MS Bar #101181)
Maggie Kate Bobo (MS Bar #105329)
ATTORNEYS FOR BANK OF AMERICA, N.A. AND
FIRST FRANKLIN

**OF COUNSEL:**
BRADLEY ARANT BOULT CUMMINGS, LLP
Suite 400, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone:      (601) 948-8000
Facsimile:      (601) 948-3000
mmorgan@bradley.com
mkbobo@bradley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2018, I electronically filed the foregoing via the

Court's CM/ECF system, and the foregoing will be served via U.S. Mail postage prepaid to:

Natasha Boyland
4414 Wrenwood Drive
Horn Lake, MS 38637

*/s/ Maggie Kate Bobo*
Maggie Kate Bobo