RECEIVED
OCT 22 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2018, I served Motion to Leave to File 2nd Amended Complaint via U. S. Mail to:

Banker, Donelson, Bearman, Caldwell & Berkowitz, P. C.
Attention: R. Spencer Clift
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Bradley Arant Boult Cummings ::P
Attention: Maggie Kate Bobo
One Jackson Place
188 East Capitol Street, Suite 400
Jackson, MS 39201

Rubin Lublin, LLC
428 North Lamar Avenue, Suite 107
Oxford, MS 38655

*Natasha Boyland*
Natasha Boyland

Boyland
4414 Wrenwood Drive
Horn Lake MS 38637



US District Court
Federal Building
911 Jackson Ave E
Oxford, MS 38655

