IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**NATASHA BOYLAND**
    **Plaintiff**

                                            CASE NO.: 3:18-cv-00181-MPM-RP

v.

**FIRST FRANKLIN, A DIVISION OF
NATIONAL CITY BANK OF INDIANA,
FIRST FRANKLIN CORPORATION,
DEUTSCHE BANK NATIONAL TRUST
COMPANY, BANK OF AMERICA, SELECT
PORTFOLIO SERVICINGS, INC. AND
RUBIN LUBLIN LLC.**
    **Defendants**

## PLAINTIFF'S OPPOSITION TO DEFENDANT RUBIN LUBLIN, LLC'S MOTION TO DISMISS

Plaintiff, NATASHA BOYLAND, hereby submits its opposition to Defendant, RUBIN LUBLIN, LLC'S, Motion to Dismiss Second Amended Complaint. The Plaintiff's complaint meets the standards governing the form of a complaint as required by Federal Rule of Civil Procedure 8(a) and 9(b).

Plaintiff submits Memorandum in support of opposition.

Respectfully submitted 26th day of November 2018.

                                            Natasha Boyland
                                            4414 Wrenwood Drive
                                            Horn Lake, MS 38637
                                            901-406-8502
                                            nmboyland@icloud.com

RECEIVED
NOV 27 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2018 I have mailed the foregoing via U. S. Mail postage paid to:

Rubin Lublin, LLC
428 North Lamar Blvd., Suite 107
Oxford, MS 38655

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Attention: Kavita G. Shelat
165 Madison Avenue, Suite 2000
Memphis, TN 3813

Bradley Arant Boult Cummings, LLP
Attention: Mary Clay Morgan & Maggie Kate Bobo
One Jackson Place
188 East Capitol Street, Suite 400
Jackson, MS 39201

*Natasha Boyland*
Natasha Boyland