IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

NATASHA BOYLAND                      PLAINTIFF

VS.                      CAUSE NO. 3:18-cv-00181-MPM-RP

FIRST FRANKLIN, A DIVISION OF
NATIONAL CITY BANK OF IN, FIRST
FRANKLIN CORPORATION, DEUTSCHE
BANK NATIONAL TRUST COMPANY,
BANK OF AMERICA, SELECT PORTFOLIO
SERVICING, INC. AND RUBIN LUBLIN LLC                      DEFENDANTS

## NOTICE OF RELATED CASE

Defendants First Franklin, a Division of National City Bank of Indiana, First Franklin Corporation, and Bank of America, hereby give notice that the case styled *In re Natasha Michelle Boyland*, Case No.: 18-13983-JDW, pending in the United States Bankruptcy Court for the Northern District of Mississippi, involves claims arising out of the same nucleus of facts as the above styled matter.

Respectfully submitted this the 28th day of December, 2018.

                     */s/ Christina M .Seanor*
                     Mary Clay W. Morgan (MS Bar #101181)
                     Christina M. Seanor (MS Bar #104934)
                     BRADLEY ARANT BOULT CUMMINGS, LLP
                     Suite 400, One Jackson Place
                     188 East Capitol Street
                     Post Office Box 1789
                     Jackson, MS 39215-1789
                     Telephone: (601) 948-8000
                     Facsimile: (601) 948-3000
                     mmorgan@bradley.com
                     cseanor@bradley.com

                     *ATTORNEYS FOR BANK OF AMERICA, N.A.,*
                     *FIRST FRANKLIN, A DIVISION OF NATIONAL CITY*
                     *BANK OF INDIANA, AND*
                     *FIRST FRANKLIN CORPORATION*

4827-0262-5924.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2018, I electronically filed the foregoing via the Court's CM/ECF system, and the foregoing will be served via U.S. Mail postage prepaid to:

>Natasha Boyland
>4414 Wrenwood Drive
>Horn Lake, MS  38637

>*/s/ Christina M. Seanor*
>Christina M. Seanor